USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
PRUDENTIAL INSURANCE COMPANY OF :
AMERICA and PRUDENTIAL RETIREMENT :
INSURANCE AND ANNUITY COMPANY, :
                                                                  :      18-CV-1846 (VEC)
                        Plaintiffs, :
                                                  :          ORDER
          -against- :
                                                    :
THE LEGAL COVERAGE GROUP, LTD. and :
GARY FRANK, :
                                                   :
                       Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Defendant Legal Coverage Group ("LCG") removed this case from the Supreme Court of the State of New York, County of New York, on February 28, 2018, pursuant to 28 U.S.C. § 1452(a), and has filed a bankruptcy case in the United States Bankruptcy Court for the Eastern District of Pennsylvania (18-10494), Dkt. 1;

       WHEREAS a debtor's filing of a bankruptcy case generally triggers an automatic stay of pending litigation against the debtor by the debtor's creditors, *see* 11 U.S.C. § 362(a); and

       WHEREAS the parties submitted a status letter to the Court on April 12, 2018 indicating that the Bankruptcy Court had appointed a Chapter 11 trustee to administer LCG's bankruptcy estate and that the trustee has authority to determine whether to request this case be transferred to the Bankruptcy Court, Dkt. 8;

IT IS HEREBY ORDERED that Defendant LCG must inform the Court of the status of this case, by letter dated no later than **December 6, 2019**, including whether the Chapter 11 trustee plans to request to transfer the case to the Eastern District of Pennsylvania.

**SO ORDERED.**

**Date: November 26, 2019**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**