```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
-------------------------------------------------- X  ELECTRONICALLY FILED
PRUDENTIAL INSURANCE COMPANY OF       :               DOC #:_____
AMERICA and PRUDENTIAL RETIREMENT     :               DATE FILED: 12/11/2019
INSURANCE AND ANNUITY COMPANY,        :
                                      :
                            Plaintiffs,:              18-CV-1846 (VEC)
                                      :
                -against-             :               ORDER
                                      :
THE LEGAL COVERAGE GROUP, LTD. and    :
GARY FRANK,                           :
                                      :
                            Defendants.:
-------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 10, 2019 (Dkt. 11), the Chapter 11 Trustee in the Legal Coverage Group, Ltd., bankruptcy matter pending in the United States Bankruptcy Court for the Eastern District of Pennsylvania (18-10494) notified the Court that all issues in this case have been resolved;

IT IS HEREBY ORDERED THAT all previously scheduled conferences and other deadlines are CANCELED.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

Within **30 days** of this order, the parties may apply to reopen this case. Any such application must show good cause for holding the case open and must be filed within **30 days**.

Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

**SO ORDERED.**

**Date: December 11, 2019**
 **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**